ZELDA G. SCHILLER, Respondent, v. JOSEPH A. SCHILLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC, Appellant, v. JACQUES ROBERTO CIBRARIO and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JANET L. DURANT, Respondent, v. EDWARD C. CROWLEY and Another, Appellants.— Order modified by granting motion for stay, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page and Merrell, JJ.

ERNST HENRY BAJOR v. CHARLES SPIRO and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laugh`in, Dowling, Page and Merrell, JJ.

ROBERT H. KNAPP and Another v. THE RICHMOND HILL CONTRACTING AND ENGINEERING COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JAMES J. MCCABE, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

B. EDMUND DAVID, INC., v. WILLIAM FRUCHTMAN.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ISAAC MEISTER v. MARIA CURRY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PETER STUYVESANT OPERATING CORPORATION v. ARTHUR L. SHAKMAN and Another, as Executors, etc.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN MCCAULEY v. " JOSEPH " FRAWLEY, etc.— Application denied. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

IGNATZ GOLDBERGER v. WILLIAM BARWESS.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

N. LONDON, INC., v. SIEGFRIED SALOMON and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH BULOVA v. LEOPOLD ZIMMERMANN and Others.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LOUIS HAMMER & COMPANY, INC., v. SUPERIOR GARMENT COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THOMAS H. WATSON, JR., v. LEWIS W. FLAUNLACHER.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J. Laughlin, Dowling, Page and Merrell, JJ.